Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, CA  90014
(213) 689-3014    FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                                    ) Case No.: 2:05-bk-47165-VZ
                                          )
   Alvarez, Francisco M.                  ) TRUSTEE'S NOTICE OF
                                          ) UNCLAIMED DIVIDEND
                                          ) (Bankruptcy Rule 3011)
                                          )
                                          )
                                          )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 621710 in the sum of $296.54 representing the total amount of unclaimed dividend in the above-entitled debtor's estate.  The check was not deliverable at the address of record.  The Trustee, after due diligence, has not been able to locate the payee.  Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The record reflects the name and address of the party entitled to said unclaimed dividend to be:

        NC Financial Systems, Inc.
        P. O. Box 41567
        Philadelphia, PA  19101

Date:  05/06/10

                                                    NANCY CURRY

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee                                          Check No. 621751
Pay to: 50093000 U.S. BANKRUPCTY COURT
Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0547165-VZ | 416-0 | ALVAREZ, FRANCISCO M. | 4417122372913740 | 0.00 | 296.54 | 0.00 | 296.54 |

---

Nancy Curry
Chapter 13 Trustee
606 S. Olive St., Suite 950
Los Angeles, CA 90014

Disbursement Account
Suntrust Bank

No. 621751

Pay Two Hundred Ninety-Six Dollars and 54 Cents

AMOUNT $296.54

VOID AFTER July 28, 2010

TO THE ORDER OF:
U.S. BANKRUPCTY COURT
FISCAL DEPT
255 E. TEMPLE ST., RM 1097
LOS ANGELES, CA 90012-

Nancy Curry

⑈621751⑈ ⑉061100790⑉ 000000575200⑈