Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, CA 90014
(213) 689-3014    FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                                ) Case No.: 2:05-bk-47165-VZ
                                      )
  Alvarez, Francisco M.              ) TRUSTEE'S NOTICE OF
                                      ) UNCLAIMED DIVIDEND
                                      ) (Bankruptcy Rule 3011)
                                      )
                                      )
                                      )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 621750 in the sum of $597.81 representing the total amount of unclaimed dividend in the above-entitled debtor's estate. The check was not deliverable at the address of record. The Trustee, after due diligence, has not been able to locate the payee. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The record reflects the name and address of the party entitled to said unclaimed dividend to be:

        NC Financial Systems, Inc.
        P. O. Box 41567
        Philadelphia, PA   19101

Date: 05/06/10

                                               NANCY CURRY

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

Nancy Curry Chapter 13 Trustee

Check No. 621750

Pay to: 50093000 U.S. BANKRUPCTY COURT

Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0547165-VZ | 415-0 | ALVAREZ, FRANCISCO M. | 5329030060078813 | 0.00 | 597.81 | 0.00 | 597.81 |

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER. VOID APPEARS IF COPIED. FLUORESCENT FIBERS. MICRO PRINTING. TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA 90014

Disbursement Account
Suntrust Bank

64-79
611

No. 621750

PAY **Five Hundred Ninety Seven Dollars and 81 Cents**********************************
TO THE ORDER OF

AMOUNT **********$597.81 ***

U.S. BANKRUPCTY COURT
FISCAL DEPT.
255 E. TEMPLE ST., RM 1087
LOS ANGELES, CA 90012-

VOID AFTER July 28, 2010

Nancy Curry

⑆621750⑆ ⑈061100790⑈ 00000057520 0⑈